**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 108 MM 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SAMUEL FRANK MARRERO-NARDO, SR., | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 28th day of February, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED, and the Application for Leave to Withdraw as Counsel is DISMISSED AS MOOT.